EJ-190

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TEL NO.: |
|---|---|
| ☑ Recording requested by and return to: (559) 472-9922 Michael E. Moss 63408/Henry Y. Chiu 222927 Moss, Tucker, Chiu, Hebesha & Ward PC 5260 N. Palm Avenue, Suite 205 Fresno, California 93704 Fax (559) 472-9892 | |

☑ ATTORNEY FOR  ☑ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD

NAME OF COURT: United States District Court
STREET ADDRESS: 2500 Tulare Street, Rm. 1501
MAILING ADDRESS: 2500 Tulare Street, Rm. 1501
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME: EASTERN DISTRICT

PLAINTIFF: BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100, et al., etc.
DEFENDANT: SOUTH VALLEY ELECTRIC, et al., etc.

FOR RECORDER'S USE ONLY

CASE NUMBER: CVF02-5965

FOR COURT USE ONLY

### APPLICATION FOR AND RENEWAL OF JUDGMENT

☑ Judgment creditor
☐ Assignee of record
applies for renewal of the judgment as follows:

1. Applicant *(name and address)*:
   See Attachment No. 1

2. Judgment debtor *(name and last known address)*:
   Randy Cohea, aka Randy Lee Cohea, individually and doing business as South Valley Electric, and South Valley Electric
   2074 Stratford Way
   Hanford, CA 93230-2161

3. Original judgment
   a. Case number *(specify)*: CVF02-5965
   b. Entered on *(date)*: 5/30/2003
   c. Recorded:
      (1) Date: 02-09-2004
      (2) County: Kings
      (3) Instrument No.: 0403429

4. ☐ Judgment previously renewed *(specify each case number and date)*:

5. ☑ Renewal of money judgment
   a. Total judgment ................................................. $    9,393.84
   b. Costs after judgment ........................................ $    3,794.00
   c. Subtotal *(add a and b)* ...................................... $   13,187.84
   d. Credits after judgment ..................................... $        0.00
   e. Subtotal *(subtract d from c)* ............................... $   13,187.84
   f. Interest after judgment  5/29/03-12/31/12 ........ $    1,069.26
   g. Fee for filing renewal application ................... $
   h. **Total renewed judgment** *(add e, f, and g)* $   14,257.10
   i. ☐ The amounts called for in items a-h are different for each debtor.
        These amounts are stated for each debtor on Attachment 5.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-190 [Rev. January 1, 2002]

Martin Dean's
ESSENTIAL FORMS™

APPLICATION FOR AND RENEWAL OF JUDGMENT

Code of Civil Procedure, § 683.140

6178.33

6. ☐ Renewal of judgment for ☐ possession.
   ☐ sale.

   a. ☐ If judgment was not previously renewed, terms of judgment as entered:

   b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

   c. ☐ Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/2/2013

HENRY Y. CHIU
(TYPE OR PRINT NAME)

▶ 
(SIGNATURE OF DECLARANT)

Board of Trustees of IBEW Local Union No. 100 v. South Valley Electric
Case No.  CVF02-5965
Attachment to Application for and Renewal of Judgment
-----------------------------------------------


Attachment No. 1:

Applicant (name and address):

BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NECA-IBEW NATIONAL LABOR MANAGEMENT COOPERATION FUND; LABOR-MANAGEMENT COOPERATION FUND;  IBEW LOCAL UNION NO. 100 VACATION FUND; NATIONAL ELECTRICAL BENEFIT FUND; BOARD OF TRUSTEES OF IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND
c/o Moss, Tucker, Chiu, Hebesha & Ward PC
5260 North Palm Avenue, Ste. 205
Fresno, CA  93704