MICHAEL E. MOSS 63408
HENRY Y. CHIU 222927
MOSS, TUCKER, CHIU, HEBESHA & WARD PC
5260 North Palm, Suite 205
Fresno, California  93704
Telephone: (559) 472-9922
Facsimile:  (559) 472-9892

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

\* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND;  IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NECA-IBEW NATIONAL LABOR MANAGEMENT COOPERATION FUND; LABOR-MANAGEMENT COOPERATION FUND;  IBEW LOCAL UNION NO. 100 VACATION FUND; NATIONAL ELECTRICAL BENEFIT FUND; BOARD OF TRUSTEES OF IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND; | Case No.: CVF02-5965 |
| | **DECLARATION OF HENRY Y. CHIU IN SUPPORT OF CALCULATED INTEREST, FEES AND COSTS INCURRED** |
| Plaintiffs, | |
| v. | |
| SOUTH VALLEY ELECTRIC; RANDY COHEA, aka RANDY LEE COHEA, individually and doing business as South Valley Electric, | |
| Defendants. | |

I, HENRY Y. CHIU, declare as follows:

1.       I am an attorney duly licensed to practice law in the State of California, and duly

admitted to practice in the United States District Court for the Eastern District of California.  I am a member of the law firm of Moss, Tucker, Chiu, Hebesha & Ward, attorneys of record for Plaintiffs in the present action. The following facts are of my own personal knowledge and/or information and belief and if called upon to testify, I would and could competently testify thereto.

2.  Pursuant to the Judgment in a Civil Action filed May 30, 2003, Plaintiffs are entitled to post-judgment attorney fees and costs as well as accrued interest.  The following are the amounts accrued since date of judgment through the date of judgment renewal:

Post-judgment Interest Accrued to 12/31/12:

| | |
|---|---|
| 5/30/03 to 12/31/03 | $ 62.64 |
| 1/1/04 to 12/31/04 | $ 106.86 |
| 1/1/05 to 12/31/05 | $ 108.07 |
| 1/1/06 to 12/31/06 | $ 109.50 |
| 1/1/07 to 12/31/07 | $ 110.53 |
| 1/1/08 to 12/31/08 | $ 111.78 |
| 1/1/09 to 12/31/09 | $ 113.15 |
| 1/1/10 to 12/31/10 | $ 114.32 |
| 1/1/11 to 12/31/11 | $ 115.61 |
| 1/1/12 to 12/31/12 | $ 116.80 |
| (1.13% compounded annually) | |

**TOTAL INTEREST**                    $ 1,069.26

Post-judgment attorney fees:

| | |
|---|---|
| September 3, 2003 | $2,132.50 |
| November 30, 2003 | $ 58.50 |
| January 31, 2004 | $ 434.50 |
| February 29, 2004 | $ 167.50 |
| May 25, 2012 | $ 424.00 |
| December 1, 2012 | $ 290.00 |
| January 3, 2013 | $ 248.00 |
| (See Exhibit A attached hereto) | $ 3,755.00 |

Costs:
Kings County Recorder

| | | |
|---|---|---|
| Record abstract | $ 19.00 | |
| Secretary of State (2004) | $ 10.00 | |
| Secretary of State (2009) | $ 10.00 | $   39.00 |

**TOTAL FEES AND COSTS**                    $ 3,794.00

DECLARATION OF HENRY Y. CHIU IN SUPPORT OF CALCULATED INTEREST, FEES AND COSTS INCURRED

2.      During the period from the entry of judgment on May 30, 2003 through the judgment application, the Plaintiff's attorney changed firms.  Exhibit A consists of monthly billing printouts for the instant matter from September 3, 2003 through February 29, 2004 from the law offices of Kimble, MacMichael & Upton.  (The document has been redacted to avoid disclosure of other billing matters.)  No further attorney fees were incurred in this case until February 21, 2012, when Plaintiffs employed the firm of Moss, Tucker, Chiu, Hebesha & Ward PC ("Moss Tucker").  Exhibit A also includes billing statements from Moss Tucker reflecting the balance of the attorney fees incurred.  Included in the Moss Tucker billing is work performed which related to a possible payoff of the judgment as well as the judgment renewal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this ___2___ day of January, 2013, at Fresno, California.

HENRY Y. CHIU

6178.33.pldg.southvalley-declaration

MOSS, TUCKER, CHIU,
HEBESHA & WARD PC
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA  93704

3

**DECLARATION OF HENRY Y. CHIU IN SUPPORT OF CALCULATED INTEREST, FEES AND COSTS INCURRED**

**EXHIBIT "A"**

TR7503     5/02/06                    C L I E N T   A C C O U N T   H I S T O R Y                    PAGE   2
SHELLY   14:05:45

| DATE | ACTION | AMOUNT | FEES | COSTS | EXPENSES | A/R BALANCE | R/R BALANCE | U/R BALANCE |
|------|--------|--------|------|-------|----------|-------------|-------------|-------------|
| 9/03/03 Bill | 33 SOUTH VALLEY ELECTRIC #2 | | | 19.32 | | 7,313.80 | | |
| 11/30/03 Bill | 33 SOUTH VALLEY ELECTRIC #2 | | | | | 2,779.43 | | |

| DATE | A C T I O N | AMOUNT | FEES | COSTS | EXPENSES | A/R BALANCE | R/R BALANCE | U/R BALANCE |
|------|-------------|--------|------|-------|----------|-------------|-------------|-------------|

1/31/04 Bill    33 SOUTH VALLEY ELECTRIC #2          434.50        434.50

2/29/04 Bill    33 SOUTH VALLEY ELECTRIC #2  170.22  199.22   167.50     2.72      29.00   5,605.40

FROM  2/21/12 THRU  5/25/12

| CLIENT/<br>MATTER | N A M E /<br>DESCRIPTION | T.K. | DATE | HOURS | VALUE<br>AT RATE | VALUE AT<br>STANDARD | TASK | ACT. | BILL<br>DATE | BILL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 6178 | IBEW LOCAL UNION #100 TRUST FUNDS | | | | | | | | | |
| 33 | SOUTH VALLEY ELECTRIC (#2) | | | | | | | | | |
| | | HYC | 2/21/12 | .20 | 48.00 | 48.00 | | | 3/01/12 | 48.00 |
| | Email exchange with Micah Wuhl, Mike<br>Moss and Laura Brandon regarding<br>judgment lien, etc. | | | | | | | | | |
| | | LJB | 2/21/12 | .60 | 60.00 | 60.00 | | | 3/01/12 | 60.00 |
| | Review file and calculate principal and<br>interest to date. | | | | | | | | | |
| | | HYC | 4/11/12 | .30 | 72.00 | 72.00 | | | 5/01/12 | 72.00 |
| | Email exchange with Sandi Moore<br>regarding contribution periods, etc.;<br>review of available file information | | | | | | | | | |
| | | HYC | 4/26/12 | .20 | 48.00 | 48.00 | | | 5/01/12 | 48.00 |
| | Email exchange with Sandi Moore and Mike<br>Moss regarding judgment; review<br>underlying documents; conference with<br>Laura Brandon regarding same | | | | | | | | | |
| | | LJB | 4/26/12 | .20 | 20.00 | 20.00 | | | 5/01/12 | 20.00 |
| | Review file; conference with Henry Chiu<br>and draft email to title company<br>regarding demand. | | | | | | | | | |
| | | MEM | 4/26/12 | .20 | 68.00 | 68.00 | | | 5/01/12 | 68.00 |
| | Emails with Laura Brandon | | | | | | | | | |
| | | LJB | 5/14/12 | .10 | 10.00 | 10.00 | | | 6/01/12 | 10.00 |
| | Draft email to title company regarding<br>demand request. | | | | | | | | | |
| | | HYC | 5/25/12 | .20 | 48.00 | 48.00 | | | 6/01/12 | 48.00 |
| | Review South Valley correspondences;<br>conference with Laura Brandon regarding<br>same | | | | | | | | | |
| | | LJB | 5/25/12 | .50 | 50.00 | 50.00 | | | 6/01/12 | 50.00 |
| | Draft email to title company regarding<br>status of pending escrow; recalculate<br>and update demand amount. | | | | | | | | | |
| | MATTER TOTAL | | | 2.50 | 424.00 | 424.00 | | | | |
| FIRM TOTAL | | | | | | | | | | |
| | | | | 2.50 | 424.00 | 424.00 | | | | |

# MOSS TUCKER

ATTORNEYS AT LAW

5260 N. Palm Ave. Suite 205   Fresno, CA  93704

December 1, 2012

ATTN: SANDI MOORE                                          6178-33 MEM
IBEW LOCAL UNION #100 TRUST FUNDS
C/O BENEFIT ADMINISTRATION CORP.
955 N STREET
FRESNO CA  93721-2216

STATEMENT FOR PERIOD THROUGH 11/30/12

LEGAL SERVICES REGARDING  SOUTH VALLEY ELECTRIC (#2)

| Date | Description | | Hours |
|------|-------------|------|-------|
| 11/09/12 | Calculate interest to renew judgment and prepare application for renewal and notice of renew | LJB | .80 |
| 11/12/12 | Draft declaration regarding recoverable fees and costs for judgment renewal. | LJB | 1.50 |
| | Continue declraation. | LJB | .30 |
| | Continue draft of declaration regarding fees and costs accrued. | LJB | .30 |

| TIMEKEEPER | TIME | RATE | VALUE |
|------------|------|------|-------|
| Laura Brandon | 2.90 | 100.00 | 290.00 |

TOTAL FEES                                          $290.00

PLEASE PAY THIS AMOUNT                              $290.00

ANY PAYMENTS RECEIVED AFTER December 1, 2012
WILL APPEAR ON YOUR NEXT STATEMENT

Please include account number on remittance.
T 559.472.9922  |  F 559.472.9892

# MOSS TUCKER
ATTORNEYS AT LAW

5260 N. Palm Ave. Suite 205   Fresno, CA  93704

January 4, 2013

ATTN: SANDI MOORE
IBEW LOCAL UNION #100 TRUST FUNDS                    6178-   33 MEM
C/O BENEFIT ADMINISTRATION COR
955 N STREET
FRESNO CA  93721-2216

STATEMENT FOR PERIOD THROUGH  1/04/13

LEGAL SERVICES REGARDING  SOUTH VALLEY ELECTRIC (#2)

| | | | |
|---|---|---|---|
| 1/02/13 | Review of judgment renewal documents | HYC | .20 |
| 1/02/13 | Revise judgment renewal and draft proposed order. | LJB | 1.50 |
| 1/03/13 | Prepare designation of counsel. | LJB | .30 |
| 1/03/13 | Continue revision of judgment renewal documents. | LJB | .20 |

| TIMEKEEPER | TIME | RATE | VALUE |
|---|---|---|---|
| Laura Brandon | 2.00 | 100.00 | 200.00 |
| Henry Chiu | .20 | 240.00 | 48.00 |

TOTAL FEES                                              $248.00

Please include account number on remittance.
T 559.472.9922  I  F 559.472.9892