MICHAEL E. MOSS 63408
HENRY Y. CHIU  222927
MOSS, TUCKER, CHIU, HEBESHA & WARD
5260 North Palm Avenue, Suite 205
Fresno, California  93704
Telephone:  (559) 472-9922
Facsimile:   (559) 472-9892

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NECA-IBEW NATIONAL LABOR MANAGEMENT COOPERATION FUND; LABOR-MANAGEMENT COOPERATION FUND;  IBEW LOCAL UNION NO. 100 VACATION FUND; NATIONAL ELECTRICAL BENEFIT FUND; BOARD OF TRUSTEES OF IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH VALLEY ELECTRIC and RANDY COHEA, aka RANDY LEE COHEA, individually and doing business as SOUTH VALLEY ELECTRIC,<br><br>Defendants. | Case No. CVF 02-5965<br><br>[PROPOSED] JUDGMENT ON APPLICATION FOR JUDGMENT RENEWAL |

Plaintiffs BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NECA-IBEW NATIONAL LABOR MANAGEMENT COOPERATION FUND; LABOR-MANAGEMENT

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93740

1  COOPERATION FUND; IBEW LOCAL UNION NO. 100 VACATION FUND; NATIONAL
2  ELECTRICAL BENEFIT FUND; BOARD OF TRUSTEES OF IBEW DISTRICT NO. 9
3  PENSION PLAN TRUST FUND (collectively, "Plaintiffs") have filed an Application for and
4  Renewal of Judgment against SOUTH VALLEY ELECTRIC and RANDY COHEA, aka
5  RANDY LEE COHEA, individually and doing business as SOUTH VALLEY ELECTRIC.
6  Based upon Plaintiffs' application and declaration submitted in support thereof, and the records
7  and documents on file:

8      IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

9      1. THE DEFAULT JUDGMENT ENTERED ON MAY 30, 2003, IS HEREBY
10 RENEWED in favor of the above-named Plaintiffs against defendants SOUTH VALLEY
11 ELECTRIC and RANDY COHEA, aka RANDY LEE COHEA, individually and doing business
12 as SOUTH VALLEY ELECTRIC, in the sum of $14,257.10.

14     Dated: _____        _____

15                                      United States Magistrate Judge
16                                      U.S. District Court, Northern District of California

20 G:617833.pldg.proposed judgment

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93740

[PROPOSED] JUDGMENT ON APPLICATION FOR JUDGMENT RENEWAL