| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: Michael E. Moss 63428<br>Henry Y. Chiu 222927<br>Moss, Tucker, Chiu, Hebesha & Ward PC<br>5260 N. Palm Avenue, Suite 205<br>Fresno, California 93704<br>ATTORNEY FOR *(Name)*: Plaintiffs | TELEPHONE NO.: (559) 472-9892 | FOR COURT USE ONLY |

NAME OF COURT: United States District Court
STREET ADDRESS: 2500 Tulare Street, Rm. 1501
MAILING ADDRESS: 2500 Tulare Street, Rm. 1501
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME: EASTERN DISTRICT

PLAINTIFF: BOARD OF TRUSTEES OF IBEW LOCAL NO. 100 et al.

DEFENDANT: SOUTH VALLEY ELECTRIC, RANDY COHEA, et al.

**NOTICE OF RENEWAL OF JUDGMENT**

CASE NUMBER: CVF02-5965

TO JUDGMENT DEBTOR *(name)*:
South Valley Electric; Randy Cohea, aka Randy Lee Cohea, individually and dba, South Valley Electric

1. **This renewal extends** the period of enforceability of the judgment until 10 years from the date the application for renewal was filed.

2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal with this court.

3. You must make this motion within **30 days** after service of this notice on you.

4. A copy of the *Application for and Renewal of Judgment* is attached *(Cal. Rules of Court, rule 3.1900)*.

Date: _____  Clerk, by _____, Deputy

[SEAL]

See CCP 683.160 for information on method of service

Form Adopted for Mandatory Use
Judicial Council of California
EJ-195 [Rev. January 1, 2007]
Martin Dean's
ESSENTIAL FORMS™

**NOTICE OF RENEWAL OF JUDGMENT**

6178.33

Code of Civil Procedure, § 683.160
www.courtinfo.ca.gov

EJ-195