MICHAEL E. MOSS 63408
HENRY Y. CHIU  222927
MOSS, TUCKER, CHIU, HEBESHA & WARD
5260 North Palm Avenue, Suite 205
Fresno, California  93704
Telephone:  (559) 472-9922
Facsimile:   (559) 472-9892

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NECA-IBEW NATIONAL LABOR MANAGEMENT COOPERATION FUND; LABOR-MANAGEMENT COOPERATION FUND; IBEW LOCAL UNION NO. 100 VACATION FUND; NATIONAL ELECTRICAL BENEFIT FUND; BOARD OF TRUSTEES OF IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SOUTH VALLEY ELECTRIC and RANDY COHEA, aka RANDY LEE COHEA, individually and doing business as SOUTH VALLEY ELECTRIC,<br><br>　　　　　Defendants. | Case No. CVF 02-5965 SMS<br><br>**JUDGMENT ON APPLICATION FOR JUDGMENT RENEWAL** |

　　　Plaintiffs BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND;  IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NECA-IBEW NATIONAL

---
1
**JUDGMENT ON APPLICATION FOR JUDGMENT RENEWAL**

LAW OFFICES
Moss, Tucker, Chiu, Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  205
FRESNO, CA  93740

LABOR MANAGEMENT COOPERATION FUND; LABOR-MANAGEMENT COOPERATION FUND; IBEW LOCAL UNION NO. 100 VACATION FUND; NATIONAL ELECTRICAL BENEFIT FUND; BOARD OF TRUSTEES OF IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND (collectively, "Plaintiffs") have filed an Application for and Renewal of Judgment against SOUTH VALLEY ELECTRIC and RANDY COHEA, aka RANDY LEE COHEA, individually and doing business as SOUTH VALLEY ELECTRIC. Based upon Plaintiffs' application and declaration submitted in support thereof, and the records and documents on file:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. THE DEFAULT JUDGMENT ENTERED ON MAY 30, 2003, IS HEREBY RENEWED in favor of the above-named Plaintiffs against defendants SOUTH VALLEY ELECTRIC and RANDY COHEA, aka RANDY LEE COHEA, individually and doing business as SOUTH VALLEY ELECTRIC, in the sum of $14,257.10.

Dated: _____

U.S. District Court, Eastern District of California

G:617833.pldg.proposed judgment

LAW OFFICES
Moss, Tucker, Chiu, Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93740