LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93740

1  MICHAEL E. MOSS 63408
   HENRY Y. CHIU  222927
2  MOSS, TUCKER, CHIU, HEBESHA & WARD
   5260 North Palm Avenue, Suite 205
3  Fresno, California  93704
   Telephone: (559) 472-9922
4  Facsimile:  (559) 472-9892

5  Attorneys for Plaintiffs

6
7
8              UNITED STATES DISTRICT COURT
9         EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION
10                          * * *

11 | BOARD OF TRUSTEES OF IBEW LOCAL          Case No. CVF 02-5965 SMS
   | UNION NO. 100 PENSION TRUST FUND;
12 | IBEW LOCAL UNION NO. 100 HEALTH
   | AND WELFARE TRUST FUND; JOINT           JUDGMENT ON APPLICATION FOR
13 | ELECTRICAL INDUSTRY TRAINING             JUDGMENT RENEWAL
   | TRUST FUND; NECA-IBEW NATIONAL
14 | LABOR MANAGEMENT COOPERATION
   | FUND; LABOR-MANAGEMENT
15 | COOPERATION FUND;  IBEW LOCAL
   | UNION NO. 100 VACATION FUND;
16 | NATIONAL ELECTRICAL BENEFIT
   | FUND; BOARD OF TRUSTEES OF IBEW
17 | DISTRICT NO. 9 PENSION PLAN TRUST
   | FUND,
18
                Plaintiffs,
19
        v.
20
   SOUTH VALLEY ELECTRIC and RANDY
21 COHEA, aka RANDY LEE COHEA,
   individually and doing business as SOUTH
22 VALLEY ELECTRIC,

23              Defendants.
24

25      Plaintiffs BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION
26 TRUST FUND; IBEW LOCAL UNION NO. 100 HEALTH AND WELFARE TRUST FUND;
27 JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; NECA-IBEW NATIONAL

28
                                        1
              JUDGMENT ON APPLICATION FOR JUDGMENT RENEWAL

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93740

1 LABOR MANAGEMENT COOPERATION FUND; LABOR-MANAGEMENT
2 COOPERATION FUND; IBEW LOCAL UNION NO. 100 VACATION FUND; NATIONAL
3 ELECTRICAL BENEFIT FUND; BOARD OF TRUSTEES OF IBEW DISTRICT NO. 9
4 PENSION PLAN TRUST FUND (collectively, "Plaintiffs") have filed an Application for and
5 Renewal of Judgment against SOUTH VALLEY ELECTRIC and RANDY COHEA, aka
6 RANDY LEE COHEA, individually and doing business as SOUTH VALLEY ELECTRIC.
7 Based upon Plaintiffs' application and declaration submitted in support thereof, and the records
8 and documents on file:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. THE DEFAULT JUDGMENT ENTERED ON MAY 30, 2003, IS HEREBY RENEWED in favor of the above-named Plaintiffs against defendants SOUTH VALLEY ELECTRIC and RANDY COHEA, aka RANDY LEE COHEA, individually and doing business as SOUTH VALLEY ELECTRIC, in the sum of $14,257.10.

Dated: __JAN 09 2013__   __E. FAHRNEY__
U.S. District Court, Eastern District of California

G:617833.pldg.proposed judgment