# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, *et al.*,

Plaintiffs,

v.

SOUTH VALLEY ELECTRIC and RANDY COHEA, aka RANDY LEE COHEA, individually and doing business as SOUTH VALLEY ELECTRIC,

Defendants.

_______________________________________/

CASE NO. 1:02-cv-05965-AWI-SMS

ORDER RENEWING JUDGMENT

(Doc. 40)

On May 29, 2004, the Court granted Plaintiff's motion for default judgment in favor of Plaintiff and against Defendant in the amount of $9393.84. The Clerk of Court entered judgment against Defendant on May 30, 1984. Plaintiffs, by their attorneys, Moss, Tucker, Chiu, Hebesha & Ward, P.C., have applied to renew the judgment in this matter pursuant to F.R.Civ.P. 69(a) and California Code of Civil Procedure §§ 683.110 through 683.320.

The Court will order renewal of the judgment in this matter in the initial amount plus accrued interest and post-judgment expenses, calculated as follows:

| | | |
|---|---|---|
| 1. | Total judgment | $9,393.84 |
| 2. | Costs after judgment | 39.00 |
| 3. | Attorneys' fees | 3,755.00 |
| 4. | Subtotal (*add a + b*) | 13,187.84 |

| | | |
|---|---|---|
| 5. | Credits after judgment | -0- |
| 6. | Subtotal (*subtract 5 from 4*) | 13,187.84 |
| 7. | Interest after judgment | $ 1,069.26 |
| 8. | Fee for renewal application | -0- |
| 9. | Total renewed judgment amount | $ 14,257.10 |

Accordingly, it is hereby ORDERED:

1. The judgment in this matter is renewed in the amount of $ 14,257.10.
2. The Clerk of Court shall enter in the docket a renewed judgment.
3. The Clerk of Court shall mail to Defendants (1) South Valley Electric and (2) Randy Cohea, aka Randy Lee Cohea, individually and doing business as South Valley Electric, at their last known addresses, a copy of this order, the renewed judgment, and Notice of Renewal of Judgment in the form prepared by Plaintiff. Both Defendants' last known address is 2074 Stratford Way, Hanford, CA 93230-2161.

IT IS SO ORDERED.

**Dated: January 13, 2013** **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE